Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ginger De Bauer,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Nancy A. Berryhill, Acting<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No: 2:16-cv-01280-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, May 10, 2017, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 04/07/2017         / s / Joseph C. Fraulob
                          Joseph C. Fraulob
                          Attorney for Plaintiff

Dated: 04/07/2017         / s / Tina Naicker
                          Tina Naicker
                          Special Assistant U.S. Attorney
                          Attorney for Defendant

IT IS ORDERED.

Dated: April 12, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE