HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER DE BAUER<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIV. NO. 2:16-CV-01280-CMK<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: May 15, 2017  /s/ *Joseph C. Fraulob*
 Joseph Fraulob
 Attorney for Plaintiff

Dated: May 15, 2017  /s/ *Tina Naicker*
 (As authorized via email)
 Tina Naicker
 Special Assistant U.S. Attorney
 Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: May 22, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-1-